NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**WAG ACQUISITION, LLC,**
*Appellant*

**v.**

**WEBPOWER, INC., FRIENDFINDER NETWORKS INC., STREAMRAY INC., WMM, LLC, WMM HOLDINGS, LLC, MULTI MEDIA, LLC, DUODECAD IT SERVICES LUXEMBOURG S.A.R.L., ACCRETIVE TECHNOLOGY GROUP, INC., ICF TECHNOLOGY, INC., RISER APPS LLC,**
*Appellees*

_____

2018-1619

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01239.

_____

**JUDGMENT**

_____

RONALD ABRAMSON, Liston Abramson LLP, New York, NY, argued for appellant. Also represented by ARI JASON JAFFESS.

JONATHAN L. FALKLER, Venable LLP, Washington, DC,

argued for all appellees. Appellees WebPower, Inc., FriendFinder Networks Inc., Streamray Inc., WMM, LLC, WMM Holdings, LLC, Multi Media, LLC also represented by FRANK M. GASPARO, TODD M. NOSHER, New York, NY.

KEVIN MICHAEL O'BRIEN, Baker & McKenzie LLP, Washington, DC, for appellee Duodecad IT Services Luxembourg S.A.R.L.

BRIAN G. BODINE, Lane Powell PC, Seattle, WA, for appellees Accretive Technology Group, Inc., ICF Technology, Inc., Riser Apps LLC. Also represented by ALAN D. MINSK.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>August 26, 2019</td><td>/s/ Peter R. Marksteiner</td></tr>
<tr><td>Date</td><td>Peter R. Marksteiner<br>Clerk of Court</td></tr>
</table>